■ EDWARD RUSSO et al., Respondents, v GUARDSMAN LEASE PLAN, INC., Appellant. — In an action to rescind a contract of sale, defendant appeals from a judgment of the Supreme Court, Suffolk County (Geiler, J.), entered July 28, 1980, which was in favor of plaintiffs after a nonjury trial. Judgment affirmed, with costs. The merits of plaintiffs' action for rescission of a contract of sale involving an automobile on the ground of fraud were not governed by the requirements of section 2-608 of the Uniform Commercial Code (see Uniform Commercial Code, § 1-103). With respect to damages, it was not incumbent upon plaintiffs to establish actual pecuniary loss (see *Dress Shirt Sales v Hotel Martinique Assoc.,* 12 NY2d 339; *Gross v State Cooperage Export Crating & Shipping Co.,* 32 AD2d 540). We have considered defendant's remaining contentions and find them to be without merit. Hopkins, J.P., Mangano, Gulotta and Margett, JJ., concur.

■ SCHNAPP, HOCHBERG AND SOMMERS, Respondents, v FREDERICK NISLOW et al., Appellants. — In an action, *inter alia,* to recover rental and construction costs, defendants appeal from so much of an order of the Supreme Court, Queens County (Wilowski, J.), dated April 14, 1980, as denied their motion for summary judgment. Order affirmed, without costs or disbursements. Defendants' motion for summary judgment was properly denied since triable issues of fact are presented. Titone, J.P., Rabin, Weinstein and Thompson, JJ., concur.